Argued February 22, affirmed February 22, petition for
review denied April 11, 1972

STATE OF OREGON, *Respondent, v.* JAMES
PATRICK STACK (No. C-70-12-0958 CR),
*Appellant.*

493 P2d 1058

*Charles Robinowitz,* Portland, argued the cause
and filed the briefs for appellant.

*Al J. Laue,* Assistant Attorney General, Salem,
argued the cause for respondent. With him on the brief
were Lee Johnson, Attorney General, and John W.
Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FOLEY, Judges.

AFFIRMED FROM THE BENCH.